FILE COPY



# COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

September 23, 2015

Matthew J. Kita
P. O. Box 5119
Dallas, TX 75208
* DELIVERED VIA E-MAIL *

Lara Tomlin
1450 E McKinney
Denton, TX 76205
* DELIVERED VIA E-MAIL *

District Attorney Denton County
Paul Johnson
P. O. Box 2344
Denton, TX 76202
* DELIVERED VIA E-MAIL *

362nd District Court Presiding Judge
1450 E McKinney St, Ste 3431
Denton, TX 76209

Sheri Adelstein
District Clerk Denton County
P.O. BOX 2146
Denton, TX 76202
* DELIVERED VIA E-MAIL *

John Polzer
Cantey Hanger LLP
600 W 6th St Ste 300
Fort Worth, TX 76102-3685
* DELIVERED VIA E-MAIL *

Debra Spisak, Clerk
2nd Court Of Appeals
401 W. Belknap, Ste 9000
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Christopher Brown
Cantey Hanger LLP
600 W 6th St, #300
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

**Re:** LIVERMAN, ROGER
**CCA No.** PD-1595-14
**Trial Court Case No.** F-2012-0136-D

**COA No.** 02-13-00176-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk